UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00460

**Larry Joe Williams,**
*Plaintiff,*
v.
**Dr. Gary White,**
*Defendant.*

# ORDER

This civil rights action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell issued a report recommending that plaintiff's case be dismissed, without prejudice, for plaintiff's failure to comply with an order of the court on November 3, 2020. Doc. 6.

A copy of this report was sent to plaintiff at his last-known address, which was returned as "undeliverable" because plaintiff's name did not match his inmate identification number. As a result, the clerk's office remailed the report, on November 6, 2020, after modifying his identification number Doc. 7. However, to date, no objections to the report have been filed, and plaintiff has not communicated with the court since September 2020.

When no party objects to the magistrate judge's report and recommendation the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The court **orders** that plaintiff's civil rights case is dismissed, without prejudice, for the failure to comply with an order of the court.

- 2 -

*So ordered by the court on March 8, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge