UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00460

**Larry Joe Williams,**
*Plaintiff,*
v.
**Dr. Gary White,**
*Defendant.*

## FINAL JUDGMENT

The court, having considered plaintiff's civil rights lawsuit, hereby **enters** judgment that all claims in this matter are **dismissed without prejudice**. Any pending motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on March 8, 2021.*

J. CAMPBELL BARKER
United States District Judge